# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.:  22-CV-706-MEH

CHRISTINA SCHMELTZ, an individual,

       Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY d/b/a COLLECTIONCENTER, INC., a Wyoming corporation; and
EDMONDS & LOGUE, PC, a Colorado corporation.

       Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Christina Schmeltz hereby dismisses this action, with prejudice.

Dated: June 17, 2022

       Respectfully submitted,

       /s/ Daniel J. Vedra
       Daniel J. Vedra
       Vedra Law LLC
       1444 Blake Street
       Denver, CO 80202
       Phone: (303) 937-6540
       Fax: (303) 937-6547
       Email: dan@vedralaw.com